IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI & ELENA PORTNOY,

    Plaintiffs,                     No. CIV S-08-1266 MCE GGH PS

    vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        Plaintiffs are proceeding pro se and in forma pauperis. Plaintiffs' amended complaint is before the court. The court's own records reveal that on April 4, 2005, plaintiffs filed a complaint containing virtually identical allegations against the same defendants. (No. Civ. S-05-0649 DFL KJM PS).[1] That case resulted in a termination favorable to defendants, and was affirmed on appeal. Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed. See Adams v. Cal. Dept. Of Health Services, 487 F.3d 684, 688 (9th Cir. 2007).

        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

\\\\\

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1 | These findings and recommendations are submitted to the District Judge assigned
2 | to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
3 | served with these findings and recommendations, plaintiffs may file written objections with the
4 | court.  The document should be captioned "Objections to Magistrate Judge's Findings and
5 | Recommendations."  Plaintiffs are advised that failure to file objections within the specified time
6 | may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
7 | Cir. 1991).

DATED: December 11, 2008

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Portnoy1266.23.wpd