UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

SERGEI and ELENA PORTNOY           No. 2:08-cv-1266-MCE-GGH-PS

      Plaintiffs,

  v.                              **ORDER**

UNITED STATES OF AMERICA,
et al.,

      Defendants.

----oo0oo----

By Order dated April 3, 2009, this Court adopted the Magistrate Judge's Findings and Recommendations filed on December 11, 2008 and dismissed Plaintiffs' action, without prejudice, on grounds that the lawsuit was duplicative of a previous lawsuit containing virtually identical allegations that was terminated favorably to Defendants and subsequently affirmed on appeal. Judgment was entered accordingly on April 6, 2009.  Plaintiffs thereafter appealed that judgment to the United States Court of Appeals for the Ninth Circuit, which affirmed this Court's Judgment by Order filed June 30, 2009.

On July 13, 2009, Plaintiffs filed a document purporting to be a new Complaint for Declaratory and Injunctive Relief and Petition for Writ of Mandamus in the above-enumerated action, despite the fact that the dismissal of the case has been affirmed upon appeal. Plaintiffs purport to cite to new and additional circumstances in the immigration proceedings underlying the matter previously adjudicated by this Court, most notably the fact that Plaintiff Elena Portnoy was jailed by the government on July 10, 2009 pending deportation. Simultaneously with their new "Complaint", Plaintiffs have also concurrently filed a document entitled "Emergency Motion for Permanent Protection from Deportation and Release from Jail", along with a "Motion to Reopen Case."

Because this case is closed, the above-enumerated matter cannot serve as a continuing vehicle to litigate Plaintiffs' ongoing charges against the government. Plaintiffs' "Complaint" (Docket No. 15), request for injunctive relief (Docket No. 14) and Motion for Reconsideration (Docket No. 16) are hereby rejected as improper.

IT IS SO ORDERED.

Dated: July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE